IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>ELMER RENE HERNANDEZ,<br><br>　　　　　　Defendant. | **8:21-CR-175**<br><br>**FINAL ORDER OF FORFEITURE** |

This matter is before the Court upon the United States of America's Motion for Final Order of Forfeiture. Filing 121. The Court reviews the record in this case and, being duly advised in the premises, finds as follows:

1. On January 20, 2023, the Court entered a Preliminary Order of Forfeiture, Filing 109, forfeiting defendant's interest in the following Property:

    a. Rock Island Armory Model 206 Handgun (Serial # RIA1828664);

    b. Glock 22 .40 caliber handgun (Serial #WTT496);

    c. Taurus .38 Special Revolver (Serial# MD98989);

    d. Maverick Mossberg Model 88 12-gauge shotgun (Serial # MV84239R);

    e. (2) 50 round drum magazines.

2. Notice of Criminal Forfeiture was posted on an official internet government forfeiture site, www.forfeiture.gov, for at least thirty consecutive days, beginning on January 24, 2023, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. A Declaration of Publication was filed herein on March 28, 2023. Filing 120.

3. The United States advises the Court that no party has filed a petition regarding the subject Property. From a review of the Court file, the Court finds that no person or entity has filed a petition.

4. The Motion for Final Order of Forfeiture should be granted.

IT IS ORDERED:

1. The Government's Motion for Final Order of Forfeiture, Filing 121, is granted.

2. All right, title and interest in and to the Property taken from defendant on or about March 18, 2021, held by any person or entity are forever barred and foreclosed.

3. The Property is forfeited to the Government.

4. The Government is directed to dispose of the Property in accordance with law.

Dated this 29th day of March, 2023.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge